IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01309-BNB

JONATHAN LEE RICHES,

    Plaintiff,

v.

JACQUES DEMERS,
ELMER FERGUSON,
FOSTER HEWITT,
MARCH-ANDRE FLEURY,
IRIS ROSS THARP,
EARNEST W. PORTA, JR.,
PAM E. STUTZ,
M. JANE SEEMAN,
KRISTEN C. UMSTATTD,
HARRY J. "HAL" PARRISH, II, and
FCI WILLIAMSBURG

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 3 1 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Jonathan Lee Riches, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the Federal Correctional Institution – Williamsburg, in Sauters, South Carolina. Mr. Riches filed *pro se* documents titled "Preliminary Injunction/Temporary Restraing [sic] Order Bivens Action" and "Under 28 USC 2254 – Habeas Corpus Inadequate Conditions at FCI Williamsburg." The caption to this order is a compilation of the named Defendants listed on each document.

Magistrate Judge Boyd N. Boland determined that the action was deficient and, on June 19, 2008, entered an order, filed on June 20, 2008, directing the clerk of the

Court to commence a civil action and ordering Mr. Riches the cure certain designated deficiencies.

Specifically, Magistrate Judge Boland found that, despite how Mr. Riches characterized the document titled "Under 28 USC 2254 – Habeas Corpus Inadequate Conditions at FCI Williamsburg," Mr. Riches was asserting civil rights claims, not habeas corpus claims, because he complained about the conditions of his confinement and sought his transfer to a medical facility. Magistrate Judge Boland directed the clerk of the Court to mail to Mr. Riches the proper, Court-approved forms for filing a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Magistrate Judge Boland ordered Mr. Riches to complete the Prisoner Complaint form by alleging the specific claims for relief he wanted to assert and against whom he wanted to assert those claims, and to submit the completed Prisoner Complaint form to the Court within thirty days if he wished to pursue his claims. Magistrate Judge Boland also ordered Mr. Riches to submit to the Court within thirty days a completed Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a certified copy of his inmate trust fund account statement for the six months prior to the filing of the instant action, if he desired to proceed *in forma pauperis*. Otherwise, Magistrate Judge Boland informed Mr. Riches, he must pay the $350.00 filing fee in order to proceed in this action.

Mr. Riches has failed within the time allowed to comply with the directives of the June 20, 2008, order or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the document titled "Under 28 USC 2254 – Habeas Corpus Inadequate Conditions at FCI Williamsburg" is dismissed without prejudice for failure to prosecute and for failure to comply with the June 20, 2008, order to cure. It is

FURTHER ORDERED that the document titled "Preliminary Injunction/Temporary Restraing [sic] Order Bivens Action" is denied as moot.

DATED at Denver, Colorado, this 30 day of July, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-01309-BNB

Jonathan Lee Riches
Reg. No. 40948-018
FCI - Williamsburg
PO Box 340
Salters, SC 29590

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/31/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk