IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01309-ZLW

JONATHAN LEE RICHES,

        Plaintiff,

v.

JACQUES DEMERS,
ELMER FERGUSON,
FOSTER HEWITT,
MARCH-ANDRE FLEURY,
IRIS ROSS THARP,
EARNEST W. PORTA, JR.
PAM E. STUTZ,
M. JANE SEEMAN,
KRISTEN C. UMSTATTD,
HARRY J. "HAL" PARRISH, II, and
FCI WILLIAMSBURG,

        Defendants.

---

ORDER TO CURE DEFICIENCY

---

Weinshienk, Senior Judge

    Plaintiff submitted a Notice of Appeal on August 16, 2010. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
      X    is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
      X    is not submitted
          is missing affidavit

1

  __ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
  __ is missing required financial information
  __ is missing an original signature by the prisoner
  __ is not on proper form (must use the court's current form)
  __ other_____

Accordingly, it is

  ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

  FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

  FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

  DATED at Denver, Colorado, this __23rd__ day of __August__, 2010.

        BY THE COURT:

        _s/Philip A. Brimmer_____
        PHILIP A. BRIMMER
        United States District Judge, for
        ZITA LEESON WEINSHIENK, Senior Judge
        United States District Court